## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS | CIVIL ACTION NO. 09-5028<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>National Board of Medical Examiners<br>3750 Market St<br>Philadelphia PA 19104 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Charles Weiner, Esq.
Law Offices of Charles Weiner
170 North Broad St.
Doylestown, PA 18901

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you far the relief demanded in the complaint.

Michael E. Kunz, Clerk of Court          Date: November 2, 2009

(By) Deputy Clerk
*Janet Vecchione*
Janet Vecchione

≋AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11/3/09 |
| NAME OF SERVER (PRINT)  Brandon Segal | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served: 3750 Market St Philadelphia PA 19104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Patricia Weaver signed for service at 2:00pm

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/3/09
                    Date

*Signature of Server*

Seagull Legal Services
168 Meadowfield Dr.
Southampton, PA 18966

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.