UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN, | : |
| Plaintiff | : No. 09-5028 |
| v. | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| Defendant | : Civil Action |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Jane E. Leopold-Leventhal and Grace M. Deon, Esquires of Eastburn and Gray, P.C. as counsel for the Defendant, National Board of Medical Examiners.

EASTBURN AND GRAY, P.C.

_____
Jane E. Leopold-Leventhal
Attorneys for Defendant,
National Board of Medical Examiners

_____
Grace M. Deon
Attorneys for Defendant,
National Board of Medical Examiners

60 East Court Street
P.O. Box 1389
Doylestown, PA  18901
Phone: 215-345-7000
Facsimile: 215-345-0174

Dated: November 17, 2009