IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN | : | CIVIL ACTION |
| v. | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO. 09-5028 |

## ORDER

Pursuant to Federal Rules of Civil Procedure 16(b)(1)-(3) and 26(f), a **Preliminary Pretrial Conference** in this matter will be held on **January 20, 2010, at 11:20 a.m.**, before the Honorable M. Faith Angell, United States Magistrate Judge, Courtroom 7 (Court of Appeals Courtroom), Second Floor, Robert N. C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, Pennsylvania 19107.  Please report to my call box on the second floor before proceeding to Courtroom 7.

It is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

Date: November 19, 2009

BY THE COURT:


 S/M. FAITH ANGELL
 M. FAITH ANGELL
 UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107

**Chambers of**
**M. FAITH ANGELL**                                   **P:   (215) 597-6079**
United States Magistrate Judge                        **F:   (215) 580-2165**

### *FAX / MAIL COVER SHEET*

**CASE NO.**   09-5028                         **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**:   November 19, 2009          **LAW CLERK'S INITIALS:** LFS

**VIA FAX:**

**NAME:**                                       **FAX NUMBER:**

1.   Charles Weiner, Esq.                       (215) 340-2412