UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN<br>              Plaintiff<br><br>           v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>              Defendant<br>_____ | Civil Action  09-5028 |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of the Complaint, Plaintiff's Motion for Preliminary Injunction, Defendant's response thereto, and the evidence received in support thereof, it is hereby ORDERED:

1.      Defendant, National Board of Medical Examiners (NBME) is enjoined to provide reasonable accommodations under the Americans with Disabilities Act (ADA) to Plaintiff Aaron Hartman ("Hartman") on the United States Medical Licensing Examination Step 2 Clinical Science Examination (USMLE Step 2 CS).

2.      The reasonable accommodations which shall be provided by the NBME to Mr. Hartman are as follows: (1) use of computer or electronic device(s) with text to speech software to communicate during patient encounters; (2) an additional 15 minutes (double time) on each patient encounter; (3) face to face encounters instead of a telephone encounter; (4) permit Mr. Hartman to complete the USMLE Step 2 CS during the first week of February 2010; (5) reporting the grade of the examination on or before March 1, 2010.

     3.  Make the above order permanent and that such order be made applicable to all future examinations administered by the NBME taken by Mr. Hartman.

     ORDERED that no bond or security is required; and it is further

     ORDERED that personal service of a copy of this order upon the defendant or its counsel on or before _____ _____ _____, shall be deemed good and sufficient service thereof.

_____
                                  J.