## **CERTIFICATE OF SERVICE**

I, Charles Weiner, Esquire, do hereby certify that a true and correct copy of the foregoing **MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM OF LAW, DECLARATION OF JOHN A. TETNOWSKI, DECLARATION OF AARON HARTMAN AND EXHIBITS** has been filed and served via the Electronic Filing System as addressed below:

Jane E. Leopold-Leventhal, Esquire
JLeventhal@eastburngray.com

Grace M. Deon, Esquire
GDeon@eastburngray.com

Law Office of Charles Weiner

Dated: December 21, 2009     By:          /s/          .
                                     Charles Weiner