IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO. 09-5028 |

**O R D E R**

**AND NOW**, this 30th day of December, 2009, pursuant to the telephone status conference held on this date, it is

**ORDERED** that discovery shall be completed by **February 2, 2010**; written submissions are due by **February 9, 2010**; responses due **February 12, 2010.**

Copies sent by email on 12/30/09 to:
   Charles Weiner, Esq.
   Grace M. Deon, Esq.
   Jane E. Leopold-Levent, Esq.

ATTEST:                                or    BY THE COURT


   /s/ Donna M. Bozzelli
BY: Donna M. Bozzelli                        Louis H. Pollak
      Deputy Clerk                                Judge

Civ 12 (9/83)