IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO. 09-5028 |

**ORDER**

AND NOW, this 31st day of December, 2009, it is hereby **ORDERED** that the **Rule 16 Preliminary Pretrial Conference** in this matter which was scheduled for January 20, 2010, is CONTINUED, and it will now be held on **February 17, 2010, at 11:30 a.m.**, before the Honorable M. Faith Angell, United States Magistrate Judge, Courtroom 7 (Court of Appeals Courtroom), Second Floor, Robert N. C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, Pennsylvania 19107.  Please report to my call box on the second floor before proceeding to Courtroom 7.

As previously ordered, it is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

BY THE COURT:


 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107

**Chambers of**
**M. FAITH ANGELL**                                                 P:   (215) 597-6079
United States Magistrate Judge                                      F:   (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.**   09-5028                      **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**:   December 31, 2009        **LAW CLERK'S INITIALS**: LFS

**VIA FAX:**

| **NAME:** | **FAX NUMBER:** |
|---|---|
| 1. Charles Weiner, Esq. | (215) 340-2412 |
| 2. Grace M. Deon, Esq.<br>Jane E. Leopold-Leventhal, Esq. | (215) 345-9142 |