UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN, | : | |
| Plaintiff | : | No. 09-5028 |
| v. | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | Civil Action |
| Defendant | : | |

FILED
JAN 21 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## JOINT STIPULATION TO ENLARGE TIMES SET FORTH IN SCHEDULING ORDER

It is hereby stipulated and agreed by the undersigned counsel that due to certain scheduling difficulties, the parties will require a brief extension of the time periods set forth in the Order issued by the Hon. Louis H. Pollak on December 30, 2009. By submission of this Stipulation, counsel jointly request that this Honorable Court modify the Order dated December 30, 2009, to extend the current deadlines as follows:

Discovery shall be completed by **February 10, 2010**; written submission by Defendant by **February 12, 2010**; response, if any, by Plaintiff due **February 16, 2010**.

No prior extensions of the time period in which to respond have been previously granted and

this request for an extension of time is sought prior to the deadlines currently in place.

| EASTBURN AND GRAY, P.C. | LAW OFFICES OF CHARLES WEINER |
|---|---|
| *signature* | *signature* |
| Jane E. Leopold-Leventhal | Charles Weiner |
| Grace M. Deon | 179 North Broad Street |
| 60 East Court Street | Doylestown, PA 18901 |
| P.O. Box 1389 | (215)-348-4283 |
| Doylestown, PA 18901-0137 | |
| (215) 345-7000 | |
| Attorneys for Defendant, | Attorney for Plaintiff, |
| National Board of Medical Examiners | Aaron L. Hartman |

It is SO ORDERED:

*signature*

Louis H. Pollak, U.S.D.J.

1/21/10