**CERTIFICATE OF SERVICE**

      I, Charles Weiner, Esquire, do hereby certify that a true and correct copy of the foregoing **MOTION TO COMPEL** has been filed and served via the Electronic Filing System as addressed below:

Jane E. Leopold-Leventhal, Esquire
JLeventhal@eastburngray.com

Grace M. Deon, Esquire
GDeon@eastburngray.com

                                                                         Law Office of Charles Weiner

Dated: January 28, 2010                       By:_____/s/_____.
                                                                            Charles Weiner