IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : NO. 09-5028 |

FILED
FEB - 4 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 4th day of February, 2010, upon consideration of Plaintiff's Motion to Compel Defendant to Answer Interrogatories and Produce Documents and Tangible Things, and Defendant's opposition thereto, it is hereby **ORDERED** that a **Discovery Hearing** in this matter is scheduled for **February 9, 2010, at 2:00 p.m.**, before the Honorable M. Faith Angell, United States Magistrate Judge, Courtroom 7 (Court of Appeals Courtroom), Second Floor, Robert N. C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, Pennsylvania 19107.

Please report to my call box on the second floor before proceeding to Courtroom 7.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Date: FEB - 4 2010
By Fax and/or Mail: See the Attached List