IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO. 09-5028 |

### ORDER

AND NOW, this 9th day of February, 2010, upon consideration of Plaintiff's motion to compel Defendant to answer interrogatories and produce documents and tangible things, Defendant's opposition and Defendant's supplemental brief in opposition, and after conducting a Hearing with counsel, it is hereby **ORDERED** that Plaintiff's Motion to Compel Defendant to Answer Interrogatories and Produce Documents and Tangible Things (Docket Entry No. 12) is DENIED.

It is **FURTHER ORDERED** that the **Rule 16 Preliminary Pretrial Conference** which was scheduled for February 17, 2010, is CONTINUED, pending the decision of the Honorable Louis H. Pollak concerning Plaintiff's Motion for Preliminary Injunction.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107

**Chambers of**
**M. FAITH ANGELL**                                P:  (215) 597-6079
United States Magistrate Judge                     F:  (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.**   09-5028                   **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**:   February 9, 2010     **LAW CLERK'S INITIALS:** LFS

**VIA FAX:**

| NAME: | FAX NUMBER: |
|---|---|
| 1.   Charles Weiner, Esq. | (215) 340-2412 |
| 2.   Grace M. Deon, Esq.<br>Jane E. Leopold-Leventhal, Esq. | (215) 345-9142 |