LAW OFFICES

# EASTBURN AND GRAY, P.C.

ARTHUR M. EASTBURN 1911-1971
CHARLES M. MARSHALL 1964-1977
SAMUEL S. GRAY, JR. 1938-2003
ARTHUR M. EASTBURN, JR. 1947-2007
WILLIAM H. EASTBURN, III 1960-2008

60 EAST COURT STREET
P.O. BOX 1389
DOYLESTOWN, PA 18901-0137
215-345-7000
FAX: 215-345-9142
WWW.EASTBURNGRAY.COM

775 PENLLYN BLUE BELL PIKE
BLUE BELL, PA 19422
215-345-7000

JANE E. LEOPOLD-LEVENTHAL
E-MAIL: JELL@EASTBURNGRAY.COM

PLEASE REPLY TO: DOYLESTOWN OFFICE

THOMAS F. J. MacANIFF
DEREK J. REID*+
KENNETH R. WILLIAMS
JOANNE D. SOMMER
DAVID L. MARSHALL
GRACE M. DEON*
ROBERT M. COX*
JUDITH A. ALGEO
KELLIE A. McGOWAN*
JUDY L. HAYMAN*
TIMOTHY D. CAUM, II*

OF COUNSEL:
FRANK N. GALLAGHER
SEAN M. CORR*

JOHN A. VAN LUVANEE
ERIC R. TOBIN
D. RODMAN EASTBURN
JOHN N. SCHAEFFER, III
JANE E. LEOPOLD-LEVENTHAL
G. MICHAEL CARR*
WILLIAM T. DUDECK*
KIMBERLY LITZKE
MARC D. JONAS
JULIE L. VON SPRECKELSEN*
NATHAN D. FOX*

CHARLES H. DORSETT, JR.
MARK S. CAPPUCCIO

*ALSO ADMITTED IN NEW JERSEY
*+MANAGING SHAREHOLDER-NEW JERSEY

February 18, 2010

**Via Fax 215-580-2133**
The Honorable Louis H. Pollak
United States District Court
Eastern District of Pennsylvania
United States Courthouse
Independence Mall West
601 Market Street, Room 16613
Philadelphia, PA 19106

Re: **AARON L. HARTMAN v. NATIONAL BOARD OF MEDICAL EXAMINERS,**
**United States District Court for the Eastern District of Pennsylvania,**
**Docket Number: 09-5028**

Dear Judge Pollak:

    I am writing in response to Charles Weiner's, letter to you dated February 17, 2010, requesting the scheduling of a Hearing in the above-captioned matter. As an initial matter, NBME does not believe that any Hearing is necessary on Plaintiff's motion for a preliminary injunction. We strongly believe that the NBME's Brief in opposition establishes (without Plaintiff's refutation) that Plaintiff cannot meet its heavy burden of proving *any* of the necessary elements to entitle Plaintiff to a preliminary injunction. Nevertheless, we would of course welcome the opportunity to discuss the next steps in the litigation with Your Honor.

    We would also like to note that the urgency suggested in the letter from Plaintiff's Counsel does not support his request for a hearing date. If the Plaintiff takes the Step 2 CS exam in the window between January 1 and February 28, he will receive his score between April 1 and April 29 (and not before that time) – which is after the March 18th

The Honorable Louis H. Pollak
February 18, 2010
Page 2

---

Match date referenced by Plaintiff's Counsel in his letter. (*See* enclosed Katsufrakis Declaration, p.6, ¶ 16). If Plaintiff tests between March 1 and March 28, Plaintiff will receive his score between April 29, and May 27, more than a month or two after Mr. Weiner suggests Plaintiff must receive his score. (*See* id.). In either event, he will not have his score from the Step 2 CS examination in advance of the residency Match date which he relies upon in requesting a Hearing date.

Very truly yours,

Jane E. Leopold-Leventhal
Grace M. Deon

JELL/lmf

cc: Honorable M. Faith Angell (Via Fax)
    Charles Weiner, Esquire (Via Email)