IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO. 09-5028 |

**O R D E R**

**AND NOW**, this 18th day of February, 2010, it is

**ORDERED** that a hearing on plaintiff's motion for preliminary injunction will be held on **Monday, March 1, 2010 at 2:15 p.m.** and continuing (if necessary) on **Tuesday, March 2, 2010 at 10:00 a. m.** The courtroom number is to be determined; counsel will be notified when that information becomes available.

It is **FURTHER ORDERED** that counsel submit a list of witnesses and include a brief discussion of each witness's anticipated testimony by **Wednesday, February 24, 2010.**

Copies sent by email on 2/18/10 to:
  Charles Weiner, Esq.
  Grace M. Deon, Esq.
  Jane E. Leopold-Levent, Esq.

ATTEST:                              or    BY THE COURT

   /s/ Donna M. Bozzelli
BY: Donna M. Bozzelli                   Louis H. Pollak
    Deputy Clerk                            Judge

Civ 12 (9/83)