# Law Office of Charles Weiner
### Attorney at Law

866-497-9597 (Toll Free)  
215-340-2412 (Fax)

179 North Broad Street  
Doylestown, PA 18901  
215-348-4283

charles@charlesweinerlaw.com  
www.charlesweinerlaw.com

February 4, 2010

**VIA FACSIMILE/215-580-2133**

The Honorable Louis H. Pollak  
United States District Judge  
16613 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106

Re: Hartman v. National Board of Medical Examiners (NBME)  
No. 09-5028

Dear Judge Pollak:

This office represents the Plaintiff, Aaron Hartman in the above matter. On January 28, 2010, Plaintiff filed a motion to compel discovery which Defendant has refused to provide. Defendant has filed its response today. Inasmuch as, the expedited discovery deadline is on February 10 2010, we would appreciate your Honor scheduling a telephone conference with counsel to resolve this issue. Counsel for both parties are available on Friday, February 5, 2010, between 1:00 p.m. through 3:00 p.m. If you are not available during this time frame, this office will endeavor to schedule a time to everyone's mutual availability.

Thank you for your courtesy and consideration.

Very truly yours,  
/s/  
Charles Weiner

cc: Jane Leopold-Leventhal, Esquire (via e-mail)  
Grace M. Deon, Esquire (via e-mail)

```
*************** -COMM. JOURNAL- ******************* DATE FEB-04-2010 ***** TIME 15:00 *** P.01

                                                    START=FEB-04 15:00      END=FEB-04 15:00
        MODE = MEMORY TRANSMISSION

          FILE NO.= 219
                                                        PAGES    DURATION
STN NO.   COM    ABBR NO.    STATION NAME/TEL.NO.
                                                        001/001  00:00'13"
  001     OK      ☎          2155802165
```

                                                                                    215-348-4283       p.2

# Law Office of Charles Weiner
*Attorney at Law*

866-497-9597 (Toll Free)         179 North Broad Street        charles@charlesweinerlaw.com
215-340-2412 (Fax)               Doylestown, PA 18901          www.charlesweinerlaw.com
                                 215-348-4283

February 4, 2010

**VIA FACSIMILE/215-580-2133**

The Honorable Louis H. Pollak
United States District Judge
16613 United States Courthouse
601 Market Street
Philadelphia, PA 19106
               AARON L.
    Re:   Hartman v. National Board of Medical Examiners (NBME)
          No. 09-5028

Dear Judge Pollak:

This office represents the Plaintiff, Aaron Hartman in the above matter. On January 28, 2010, Plaintiff filed a motion to compel discovery which Defendant has refused to provide. Defendant has filed its response today. Inasmuch as, the expedited discovery deadline is on February 10 2010, we would appreciate your Honor scheduling a telephone conference with counsel to resolve this issue. Counsel for both parties are available on Friday, February 5, 2010, between 1:00 p.m. through 3:00 p.m. If you are not available during this time frame, this office will endeavor to schedule a time to everyone's mutual availability.

Thank you for your courtesy and consideration.

Very truly yours,
   /s/
Charles Weiner

cc:   Jane Leopold-Leventhal, Esquire (via e-mail)
      Grace M. Deon, Esquire (via e-mail)