# Law Office of Charles Weiner
*Attorney at Law*

866-497-9597 (Toll Free)     179 North Broad Street     charles@charlesweinerlaw.com
215-340-2412 (Fax)     Doylestown, PA 18901     www.charlesweinerlaw.com
                 215-348-4283

February 17, 2010

**VIA FACSIMILE/215-580-2133**

The Honorable Louis H. Pollak
United States District Judge
16613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

           Re:    Hartman v. National Board of Medical Examiners (NBME)
                   No. 09-5028

Dear Judge Pollak:

This office represents the Plaintiff, Aaron Hartman in the above matter. On December 21, 2009 Plaintiff filed a Motion for Preliminary Injunction to obtain accommodations for his disability on the United State Medical Licensing Exam Step 2 Clinical Skills which is administered by defendant. Under the current stipulated order (modifying this Court's Order of December 30, 2009), discovery shall be completed by February 10, 2010, Defendant's written submission shall be filed by February 12, 2010 and a response, if any by Plaintiff filed by February 16, 2010 (Plaintiff chose not to file a response).

As noted in the Motion for Preliminary Injunction, Plaintiff must take and pass the examination in order to be accepted into a pathology residency program. The National Residency Match, which orchestrates placement of students into residency programs takes place on March 18, 2010. Accordingly, we request that a hearing on the Preliminary Injunction be scheduled for a date certain. Inasmuch as Plaintiff's evaluating speech pathologist is in Louisiana and is travelling on several dates over the next few weeks, we request a conference call to discuss a mutually agreeable date for a hearing.

Thank you for your courtesy and consideration.

Very truly yours,
/s/
Charles Weiner

cc:    Jane Leopold-Leventhal, Esquire (via e-mail)
        Grace M. Deon, Esquire (via e-mail)



# Law Office of Charles Weiner
*Attorney at Law*

866-497-9597 (Toll Free)          179 North Broad Street          charles@charlesweinerlaw
215-340-2412 (Fax)                Doylestown, PA 18901            www.charlesweinerl
                                  215-348-4283

# Facsimile Transmittal

| To: | The Honorable Louis H. Pollak | Fax: | 215-580-2133 |
|---|---|---|---|
| From: | Charles Weiner, Esq. | Date: | February 17, 2010 |
| Re: | Hartman v. NBME<br>No. 09-5028 | Pages: | 2 |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

## CONFIDENTIALITY NOTICE

The information contained in this facsimile is confidential and privileged. It is intended only for the individual(s) or entity (ies) named above. These materials are covered by the attorney-client privilege and any unintended delivery of these materials shall not constitute a waiver of that privilege. Any unauthorized disclosure, dissemination, copying or the taking of any action based on the content of these materials is strictly prohibited. If you receive this material in error, please notify the sender by phone. Thank you.