UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON L. HARTMAN,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

Case No. 09-5028

## NOTICE OF APPEAL

Notice is hereby given that the National Board of Medical Examiners ("NBME"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion the Court entered in this action on the 9th day of March, 2010, and the Preliminary Injunction Order entered in this action on the 22nd day of March, 2010.

EASTBURN AND GRAY, P.C.

By: _____
Jane Leopold-Leventhal
Grace M. Deon
Attorneys for Defendant,
National Board of Medical
Examiners

60 East Court Street
P.O. Box 1389
Doylestown, PA 18901
Ph.:  215-345-7000
Fax:  215-345-9142

Dated:  March 24, 2010