UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN, : | |
| : | |
| Plaintiff : | No. 09-5028 |
| : | |
| v. : | |
| : | |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS, : | |
| : | Civil Action |
| Defendant : | |

### CERTIFICATE OF SERVICE

Grace M. Deon, counsel for Defendant, National Board of Medical Examiners, certifies that on the 24th day of March, 2010, she served, via electronic filing, a true and correct copy of Defendant's Notice of Appeal, to the following:

Charles Weiner, Esquire
179 North Broad Street
Doylestown, PA  18901

EASTBURN AND GRAY, P.C.

_/s/ Grace M. Deon_
Jane E. Leopold-Leventhal
Grace M. Deon
Attorneys for Defendant,
National Board of Medical Examiners