UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON L. HARTMAN,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

Case No. 09-5028

## ORDER

AND NOW, on this ____ day of March, 2010, upon consideration of the Motion of Defendant National Board of Medical Examiners ("NBME") for expedited briefing and for an order partially staying the Court's Memorandum Opinion (the "Memorandum") dated March 9, 2010, and the corresponding Preliminary Injunction Order (the "Order") dated March 22, 2010, pending NBME's appeal of the Memorandum and Order. NBME's motion is hereby GRANTED.

It is ORDERED that plaintiff shall file his brief in opposition to NBME's stay Motion within five (5) days of the entry of this Order, and NBME shall file its reply brief within two (2) days of plaintiff's filing of his opposition brief.

SO ORDERED:

_____
Pollak, J.