UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN,          :<br>                            :<br>         Plaintiff         :     No. 09-5028<br>                            :<br>    v.                      :<br>                            :<br>NATIONAL BOARD OF MEDICAL   :<br>EXAMINERS,                  :<br>                            :     Civil Action<br>         Defendant          :   | |

## CERTIFICATE OF SERVICE

Grace M. Deon, counsel for Defendant, National Board of Medical Examiners, certifies that on the 24th day of March, 2010, she served, via electronic filing, a true and correct copy of Defendant's Motion for Stay of Pending Appeal, Memorandum of Law in Support thereof and proposed Orders, to the following:

> Charles Weiner, Esquire
> 179 North Broad Street
> Doylestown, PA  18901

> EASTBURN AND GRAY, P.C.
>
> _____
> Jane E. Leopold-Leventhal
> Grace M. Deon
> Attorneys for Defendant,
> National Board of Medical Examiners