IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON L. HARTMAN

                                                                      C.A. 09-5028
                                                                      District Court Docket Number

      vs.

NATIONAL BOARD OF MEDICAL EXAMINERS

Notice of Appeal Filed  3/24/10
Court Reporter(s)/ESR Operator(s)


Filing Fee:
      Notice of Appeal __ Paid  X  Not Paid   __ Seaman
      Docket Fee         __ Paid  X  Not Paid   __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

CC:



                                             Defendant's Address (for criminal appeals)

_____
_____
_____

                                            Prepared by :  /s/ Mrs. Norman
                                                        Mrs. Norman, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm