UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN<br>             Plaintiff<br><br>            v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>            Defendant<br>_____ | Civil Action  09-5028 |

**DECLARATION OF CHARLES WEINER**
**IN SUPPORT OF MOTION FOR EXTENTION OF TIME**

I, Charles Weiner, submit this declaration based upon my personal knowledge.  If called to testify, I can and will testify truthfully and accurately to the facts contained herein.

1. I am the lead (and only) counsel of record representing the Plaintiff, Aaron Hartman in the above captioned matter.

2. I have prearranged, prepaid airplane tickets for myself and three other members of my family from Philadelphia, PA to Palm Beach International, FL dated March 28, 2010. See copy of itinerary attached hereto as Exhibit 1.

3. The return flight tickets from Palm Beach International to Philadelphia is dated April 6, 2010 arriving 8:51 a.m. See copy of itinerary attached hereto as Exhibit 2.

4. My father, Samuel Weiner (age 88 – D.O.B. 9-12-1921) and my mother, Florence Weiner reside in Palm Beach Gardens, Florida.

5. The purpose of this trip to Florida is for my family and me to visit and stay with my parents.

- 1 -

6. Approximately two weeks ago, I was advised that my father was diagnosed with cancer. This will be his third battle with a type of cancer.

7. As a result, I extended our family's trip to Florida in order to spend more time with my parents.

I verify that the information contained in this Declaration is true and correct to the best of my knowledge, information, and belief.

DATE: 3-25-2010        /s/ 4713
                                                   CHARLES WEINER

EXHIBIT 1



My itineraries > My itinerary details
**Itinerary details**

### Itinerary: Philadelphia, PA (PHL) to West Palm Beach, FL (PBI)

Confirmation number: QLS1D6
Ticket price: USD 766.80

**Travel Options**

**Upgrade   Refund**

Please note: You will need to login with your Mileage Plus account information to complete these functions.

> Change itinerary    > View E-receipt
> Seats              > Print Itinerary

Email itinerary  **Send**



**Flight info**                                                    + *Flight details*

**Philadelphia, PA (PHL) >>> West Palm Beach, FL (PBI)**

| Flight | Depart | Arrive | Cabin | Seats |
|---|---|---|---|---|
| United 2025  Operated by: Us Airways | PHL 07:45 AM Sun, Mar 28, 2010 | PBI 10:34 AM Sun, Mar 28, 2010 | Economy (Q) | **Flight:** Confirmed 24C, 24D, 24E, 24F |

**Check-in information**
Please note that valid, government-issued photo identification must be presented at check-in.
**Your itinerary includes a code-share flight. Please remember to check in with the operating carrier for your flight(s).**

View ticket price breakdown

**Passengers**

| Passenger | Seating | Mileage |
|---|---|---|
| **CHARLES MR WEINER** Phone: 215-579-2832 Email: charles@charlesweinerlaw.com ✅ Secure Flight data complete Review | Flight: 2025 - 24C Change seats | Add frequent flyer number |
| **ELLEN MS WEINER** Phone: 215-579-2832 Email: charles@charlesweinerlaw.com ✅ Secure Flight data complete Review | Flight: 2025 - 24D Change seats | Add frequent flyer number |
| **JAKE MSTR WEINER** Phone: 215-579-2832 Email: charles@charlesweinerlaw.com ✅ Secure Flight data complete Review | Flight: 2025 - 24E Change seats | Add frequent flyer number |
| **ALLIE MISS WEINER** Phone: 215-579-2832 Email: charles@charlesweinerlaw.com ✅ Secure Flight data complete Review | Flight: 2025 - 24F Change seats | Add frequent flyer number |

**Don't have a Mileage Plus number?**

Take advantage of these great ways to enhance your trip.
**Join Mileage Plus**

About United | Investor relations | Business resources | Careers | Site map

Compatible browsers | Terms and conditions | Privacy | Special Terms and Conditions | © 2010 United Air Lines, Inc.

# EXHIBIT 2

# Charles Weiner

**From:** UNITED-CONFIRMATION@UNITED.COM

**Sent:** Sunday, March 14, 2010 10:40 PM

**To:** CHARLES@CHARLESWEINERLAW.COM

**Subject:** Your United flight confirmation - April 6, 2010 - West Palm Beach to Philadelphia

**Reservation complete: See details below**

Thank you for choosing United. Your ticket(s) have been issued as an **E-Ticket**

**Your e-ticket was issued**

- You will receive a confirmation email in a few minutes
- Check in for your flight online
  You may check in within 24 hours of your scheduled flight departure. Check-in closes 45 minutes before scheduled departure time for flights within the U.S., Puerto Rico and the U.S. Virgin Islands and 1 hour before scheduled departure time for international flights
- View the Traveler guide to learn about itinerary changes, travel tips, meal and entertainment offerings

**Your confirmation number is LJ5GG8**

EasyCheck-in Online
Register for united.com
Join Mileage Plus

**Total price: USD 758.80**

Tue, Apr 06, 2010 West Palm Beach, FL (PBI) to Philadelphia, PA (PHL)

| United 2003<br>Operated by: Us Airways | Depart: PBI 6:15 AM<br>Arrive: PHL 8:51 AM | Non-stop<br>2h 36m<br>Boeing 737-400<br><br>951 miles traveled | Fare basis code: MA7FN<br>Booking class: M Economy<br>Award miles<br>No Meal Service | Seats:N/A |
|---|---|---|---|---|

Penalty CXL BY FLT TIME OR NOVALUENONREF/CHGFEEPLUSFAREDIF/

**Additional information:**

**Check-in information**

Please note that valid, government-issued photo identification must be presented at check-in.

**Your itinerary includes a code-share flight. Please remember to check in with the operating carrier for your flight(s).**

My itineraries                    Frequently asked questions          EasyUpdate

**Passenger(s)**

| Name | CHARLES MR WEINER | **Flight** | **Seat** |
|---|---|---|---|
| Type | Adult | 2003 | |

✅ Secure Flight data complete [Review](#)
Email   CHARLES@CHARLESWEINERLAW.COM
Phone   215-579-2832

| Name | ELLEN MS WEINER | **Flight** | **Seat** |
|---|---|---|---|
| Type | Adult | 2003 | |

✅ Secure Flight data complete [Review](#)

| Name | JAKE MSTR WEINER | **Flight** | **Seat** |
|---|---|---|---|
| Type | Adult | 2003 | |

✅ Secure Flight data complete [Review](#)

| Name | ALLIE MISS WEINER | **Flight** | **Seat** |
|---|---|---|---|
| Type | Adult | 2003 | |

✅ Secure Flight data complete [Review](#)

**Purchase summary**

**Ticket price**

| Credit card: American Express xxxxxxxxxx1002 | Receipt number LJ5GG8 | 758.80  USD |
|---|---|---|

**Itinerary total: 758.80 USD**

[Purchase hotels](#)


## Reserve your car with the United discount


• Save up to 20% with the United discount & earn triple miles
• Additional savings on the weekend and rentals of 5 or more days
• Plus, earn a **1,000-mile** online booking bonus        **[Reserve now](#)**

**UNITED.COM®**

Thank you for booking at united.com where you'll always enjoy:

- United's guaranteed lowest fares [Learn more](#)
- No booking fees

Airline tickets are nontransferable. The name on your ticket must match the name on your government-issued photo ID presented at time of check-in. You may also be asked during check-in to present the credit card used for purchase.

Passengers traveling on United Airlines (UA) carriers are subject to United's [contract of carriage](#), which is

available for download at united.com. The contract of carriage governs matters such as:

- Check-in requirements for domestic and international travel, including information about when service may be refused;
- Limits on liability for delay, damage or loss of baggage, including fragile or perishable goods;
- Claims restrictions, including time periods within which a passenger must file a claim or bring an action against the UA Carrier;
- The UA Carriers' rights and limits on liability for delay or failure to perform service, including schedule changes, rerouting and substitution of alternate air carrer, aircraft or mode of travel;
- Rules on overbooking and reconfirmation of reservations; and
- Baggage policies, including carry-on allowances and size and weight restrictions for checked bags.

- Ticket rules: Ticket validity is based on fare and point of origin. Refundable tickets are valid for one year from date of issue. Nonrefundable tickets are valid as issued and, for travel originating in the U.S., will lose remaining value if changes are not made prior to your originally scheduled departure time on your current ticketed travel dates. Certain fees/charges may also apply.
- International travel: Be sure to bring a copy of your E-Ticket receipt to the airport, along with your passport and any other required travel documents. International travel information such as State Department advisories and visa information can be found through the united.com Travel Requirements page.
- Important travel tips: Please visit the Traveler Guide page at united.com for updated baggage policies, information about online and airport check-in, security screening procedures, flight status, airport maps, information for customers with special needs, in-flight movie schedules and more.

---

If you would like to view or modify your itinerary, please visit united.com, where you can also:

- access your Mileage Plus® account
- check flight status
- check in for your flight (within 24 hours of departure)
- view travel guidelines
- and more