UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN<br>　　　　　　Plaintiff<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>　　　　　　Defendant<br>_____ | Civil Action 09-5028 |

## **ORDER**

AND NOW, this _____ day of _____, 2010, upon consideration of the Motion of Plaintiff, Aaron Hartman for Extension of Time, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED. Plaintiff shall file his response to Defendant's Motion for a Partial Stay by or before April 12, 2010.

It is further Ordered that Defendant's request for expedited briefing on its Motion for a Partial Stay is DENIED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Pollak, J.

- 1 -