## **CERTIFICATE OF SERVICE**

      I, Charles Weiner, Esquire, do hereby certify that a true and correct copy of the foregoing Plaintiff's Motion of Extension of Time to Respond has been filed and served via the Electronic Filing System as addressed below:

Jane E. Leopold-Leventhal, Esquire
JLeventhal@eastburngray.com

Grace M. Deon, Esquire
GDeon@eastburngray.com

                                              Law Office of Charles Weiner

Dated: March 26, 2010                    By:       /s/       .
                                                              Charles Weiner