

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN,<br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>　　　　　Defendant. | Civil Action No. 09-5028<br><br> |

## ORDER

March 25, 2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pollak, J

　　Defendant's request for expedited briefing on its motion to stay (docket no. 33) is hereby GRANTED. It is ORDERED that Plaintiff shall file his brief in opposition by Wednesday, March 31, 2010. Defendant shall file its reply brief by Friday, April 2, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.