IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN,<br>            Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>            Defendant. | Civil Action No. 09-5028 |

**ORDER**

March 29, 2010                                                                                                      Pollak, J

Plaintiff's request for an extension of time to respond (docket no. 35) is hereby GRANTED.  It is ORDERED that Plaintiff shall file his brief in opposition by Monday, April 12, 2010.  Defendant shall file its reply brief by Wednesday, April 14, 2010.


BY THE COURT:


/s/ Louis H. Pollak

Pollak, J.