OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4252

March 29, 2010

## NOTICE OF DOCKETING OF APPEAL

Aaron Hartman v. Natl Bd of Medical Examiners

No.:2-09-cv-05028

Honorable Louis H. Pollak

An appeal by **Aaron L. Hartman** was filed in the above-captioned case on **03/24/2010**, and docketed in this Court on **03/29/2010** at No. **10-1852**

Kindly use the Appeals Docket No. **10-1852** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAED Appeals**. Please notify Case Manager **Desiree White-Banks** at Desiree_White-Banks@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**