UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN<br>                    Plaintiff<br><br><br>                v.<br><br><br><br>NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br>                    Defendant<br>_____ | Civil Action  09-5028 |

## ORDER

        AND NOW, this _____ day of _____, 2010, upon consideration of

the Defendant Motion for Partial Stay Pending Appeal and Plaintiff's Response thereto is hereby

ORDERED and DECREED that the Motion is DENIED.


                                    _____
                                    Pollak, J.


- 1 -