**CERTIFICATE OF SERVICE**

I, Charles Weiner, Esquire, do hereby certify that a true and correct copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL STAY has been filed and served via the Electronic Filing System as addressed below:

Jane E. Leopold-Leventhal, Esquire
JLeventhal@eastburngray.com

Grace M. Deon, Esquire
GDeon@eastburngray.com

                                              Law Office of Charles Weiner

Dated: April 12, 2010            By:      /s/      .
                                                  Charles Weiner