UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN, | : | |
| | : | |
| Plaintiff | : | No. 09-5028 |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | Civil Action |
| Defendant | : | |

## CERTIFICATE OF SERVICE

Jane E. Leopold-Leventhal, counsel for Defendant, National Board of Medical Examiners, certifies that on the 14th day of April, 2010, she served, via electronic filing, a true and correct copy of Defendant's Reply Memorandum of Law in Support of Motion for Partial Stay Pending Appeal, to the following:

> Charles Weiner, Esquire
> 179 North Broad Street
> Doylestown, PA  18901

EASTBURN AND GRAY, P.C.

_____
Jane E. Leopold-Leventhal
Grace M. Deon
Attorneys for Defendant,
National Board of Medical Examiners