UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN, | : |
| Plaintiff | : No. 09-5028 |
| v. | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| | : Civil Action |
| Defendant | : |

## CERTIFICATE OF SERVICE

Jane E. Leopold-Leventhal, counsel for Defendant, National Board of Medical Examiners, certifies that on the 23rd day of April, 2010, she electronically served a true and correct copy of Notice of Withdrawal of Defendant's Motion for Partial Stay Pending Appeal, to counsel of record named below:

>Charles Weiner, Esquire
>179 North Broad Street
>Doylestown, PA 18901

EASTBURN AND GRAY, P.C.

_____
Jane E. Leopold-Leventhal
Grace M. Deon
Attorneys for Defendant,
National Board of Medical Examiners

60 East Court Street
P.O. Box 1389
Doylestown, PA 18901
Phone: 215-345-7000
Facsimile: 215-345-0174