UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant. | Case No. 09-5028 |

## ORDER

August _____, 2010                                                                                      Pollak, J.

Having considered the parties' Joint Motion to Vacate Preliminary Injunction, and with due regard for the procedural posture of this case, the Court hereby GRANTS the Joint Motion to Vacate Preliminary Injunction. It is hereby

ORDERED that the Memorandum decision dated March 9, 2010 and entered March 22, 2010 (Dkt. 31), and the corresponding Preliminary Injunction Order dated and entered March 22, 2010 (Dkt. 30), are VACATED. It is further

ORDERED that an appropriate notation of vacatur shall be entered by the Clerk on the docket sheet next to Docket entries 30 and 31.

SO ORDERED:

_____
Pollak, J.

90066703.1