UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. HARTMAN, | : | |
| Plaintiff | : | No. 09-5028 |
| v. | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | Civil Action |
| Defendant | : | |

## CERTIFICATE OF SERVICE

Jane E. Leopold-Leventhal, counsel for Defendant, National Board of Medical Examiners, certifies that on the 19th day of August, 2010, she served via first class mail and electronic mail a true and correct copy of the Joint Motion to Vacate Preliminary Injunction, to counsel of record named below:

Charles Weiner, Esquire
179 North Broad Street
Doylestown, PA  18901
charles@charlesweinerlaw.com

EASTBURN AND GRAY, P.C.

_____
Jane E. Leopold-Leventhal
Grace M. Deon
Attorneys for Defendant,
National Board of Medical Examiners