UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 19, 2010
ACO-189

No. 10-1852

AARON L. HARTMAN

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,
Appellant

(E.D. Pa. No.2-09-cv-05028)



Present:   SLOVITER, and AMBRO, Circuit Judges

Joint Motion for Partial Remand of this Case for the Purpose of Permitting the District Court to Entertain a Motion to Vacate the District Court's Memorandum Decision dated March 09, 2010 and the Corresponding Preliminary Injunction Order dated March 22, 2010.

/s/Desiree White-Banks
Case Manager (267)299-4252

Response due 09/02/2010

_____ O R D E R _____

The foregoing Joint Motion for partial remand is hereby granted.

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: August 24, 2010

10-1852
RE: Aaron Hartman v. Natl Bd of Med Examiners
Page 2

DWB/cc:
       Charles Weiner, Esq.
       Grace M. Deon, Esq.
       Jane E. Leopold-Leventhal, Esq.