# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-1852

Aaron Hartman v. Natl Bd of Med Examiners

2-09-cv-05028

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: November 03, 2010

cc:

> Grace M. Deon Esq.
> Jane E. Leopold-Leventhal Esq.
> Charles Weiner Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.