UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON L. HARTMAN<br>　　　　　Plaintiff<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>　　　　　Defendant | Civil Action  09-5028 |

## STIPULATION OF DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Aaron L. Hartman hereby dismisses this action with prejudice.


SO STIPULATED:

_____
Charles Weiner
179 North Broad Street
Doylestown, PA  18901
Telephone:  215-340-3412

Attorney for Aaron L. Hartman

_____
Jane E. Leopold Leventhal
EASTBURN AND GRAY, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, PA  18901
Telephone:  215-345-7000

Attorneys for National Board of Medical Examiners